**Dismissed and Memorandum Opinion filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00721-CV

---

### SHARON MANIORD, Appellant

### V.

### JACOBS FIELD SERVICES NORTH AMERICA, INC., Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-46314**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed July 6, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On September 27, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with

proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any response to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.